```
1  SEYFARTH SHAW LLP
   Aaron R. Lubeley (SBN 199837)
2  alubeley@seyfarth.com
   Simon Yang (SBN 260286)
3  syang@seyfarth.com
   Meagan Sue O'Dell (SBN 280086)
4  modell@seyfarth.com
   601 South Figueroa Street, Suite 3300
5  Los Angeles, California 90017-5793
   Telephone:  (213) 270-9600
6  Facsimile:  (213) 270-9601

7  Attorneys for Defendants
   AIRPORT TERMINAL SERVICES, INC. and
8  EDGAR TRUJILLO
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIRPORT TERMINAL SERVICES, INC., EDGAR TRUJILLO, MELISSA DOE, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No.  2:18-cv-9503<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>[Super. Ct., Case No. BC724260]<br><br>*[Filed concurrently with Declarations, Notice of Compliance, Civil Cover Sheet, Corporate Disclosure Statement, and Notice of Removal of Civil Action]* |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

Defendants AIRPORT TERMINAL SERVICES, INC. and EDGAR TRUJILLO, certify that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate disqualification or recusal.

1. Jayme Tipton, Plaintiff;
2. Edgar Trujillo, Defendant;
3. Airport Terminal Services, Inc., Defendant.

DATED: November 8, 2018

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Aaron R. Lubeley
Aaron R. Lubeley
Simon Yang
Meagan Sue O'Dell
Attorneys for Defendants
AIRPORT TERMINAL SERVICES, INC. and EDGAR TRUJILLO