```
 1  SEYFARTH SHAW LLP
    Aaron R. Lubeley (SBN 199837)
 2  alubeley@seyfarth.com
    Simon Yang (SBN 260286)
 3  syang@seyfarth.com
    Meagan Sue O'Dell (SBN 280086)
 4  modell@seyfarth.com
    601 South Figueroa Street, Suite 3300
 5  Los Angeles, California 90017-5793
    Telephone:  (213) 270-9600
 6  Facsimile:  (213) 270-9601

 7  Attorneys for Defendants
    AIRPORT TERMINAL SERVICES, INC.
 8  and EDGAR TRUJILLO
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AIRPORT TERMINAL SERVICES, INC., EDGAR TRUJILLO, MELISSA DOE, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No.　2:18-cv-9503<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. P. 7.1]<br><br>[Super. Ct., Case No. BC724260]<br><br>*[Filed concurrently with Notice of Interested Parties, Declarations, Notice of Compliance, Notice of Removal, and Civil Cover Sheet]* |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants Airport Terminal Services, Inc. and Edgar Trujillo, states that Airport Terminal Services, Inc. is a privately owned company.

DATED: November 8, 2018

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Aaron R. Lubeley
Aaron R. Lubeley
Simon Yang
Meagan Sue O'Dell
Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC. and EDGAR TRUJILLO