1  SEYFARTH SHAW LLP
   Aaron R. Lubeley (SBN 199837)
2  alubeley@seyfarth.com
   Simon Yang (SBN 260286)
3  syang@seyfarth.com
   Meagan Sue O'Dell (SBN 280086)
4  modell@seyfarth.com
   601 South Figueroa Street, Suite 3300
5  Los Angeles, California 90017-5793
   Telephone:   (213) 270-9600
6  Facsimile:   (213) 270-9601

7  Attorneys for Defendants
   AIRPORT TERMINAL SERVICES, INC. and
8  EDGAR TRUJILLO

9

10

11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13

14  JAYME TIPTON,                          Case No.   2:18-cv-9503

15           Plaintiff,                    **DECLARATION OF ANGELA
                                           POWERS IN SUPPORT OF
16       v.                                DEFENDANTS' NOTICE OF
                                           REMOVAL**
17  AIRPORT TERMINAL SERVICES, INC.,
    EDGAR TRUJILLO, MELISSA DOE, and       [Super. Ct., Case No. BC724260]
18  DOES 1 to 100, inclusive,
                                           *[Filed concurrently with Notice of
19           Defendants.                   Compliance, Civil Cover Sheet, Notice
                                           of Removal of Civil Action, Corporate
20                                         Disclosure Statement, and Notice of
                                           Interested Parties]*

21

22

23

24

25

26

27

28

---

DECLARATION OF ANGELA POWERS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

## DECLARATION OF ANGELA POWERS

I, Angela Powers, hereby declare and state as follows:

1.      I make this declaration in support of Airport Terminal Services, Inc. ("ATS") and Edgar Trujillo's (collectively, "Defendants") Notice of Removal.

2.      I am the Director, Employee Services for ATS, and I work at ATS's corporate offices in St. Louis, Missouri. In my position, I have access to information and data related to ATS's personnel operations.

3.      This declaration is based on my personal knowledge and on business records created and maintained by ATS, in the regular course of business. With respect to those business records, the entries are made in a timely manner by people with knowledge of the information, and it is the regular practice of ATS's, business to maintain such records. In my position, I have access to all of the personnel information that is included in this declaration. If called upon to testify as to the facts set forth in this declaration, I could and would competently testify to them.

4.      ATS, operates throughout California, including at Los Angeles International Airport ("LAX") where Ms. Tipton was formerly employed. According to our records, Ms. Tipton was employed as a grooming agent from October 31, 2016 to May 9, 2017.

5.      As of May 9, 2017, the date when Ms. Tipton was terminated from her employment at ATS, Ms. Tipton earned $16.73 per hour (and $25.095 per hour for overtime) and was a part-time employee.

6.      Ms. Tipton worked an average of 31.55 regular hours and 1.25 overtime hours per week during her employment.

7.      Although we deny Ms. Tipton suffered any damages, should a judgment be entered one year from the date of Plaintiff's filing of this lawsuit, I estimate that her lost wages would be approximately $70,460. This number was calculated utilizing the following information:

(a)      3,975.3 regular hours (126 weeks x 31.55 average regular hours per week) x $16.73 = $66,506.77.

---

DECLARATION OF ANGELA POWERS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

1          (b)    157.5 overtime hours (126 weeks x 1.25 average overtime hours per

2    week) x \$25.095 = \$3,952.46.

3        8.    According to our records, Ms. Tipton was a resident of California

4    throughout her employment. Ms. Tipton provided ATS with an address in Palmdale,

5    California. Ms. Tipton was required to notify ATS of any change in her address. ATS

6    never received notice of a change in address from Ms. Tipton.

7        9.    ATS is and always has been incorporated in Missouri.

8        10.    ATS's headquarters is located at 940 Westport Plaza Drive, Suite 101, St.

9    Louis, Missouri 63146. ATS's corporate officers, including the Chief Executive Office,

10    President, and Vice President of Employee Services, for example, work from this

11    headquarters in St. Louis, Missouri. These individuals comprise ATS's senior

12    management and are responsible for the direction, control, and coordination of ATS's

13    corporate planning and strategy. None of ATS's senior management works out of

14    California.

15        I declare under penalty of perjury under the laws of the State of California and the

16    United States that the foregoing is true and correct.

17        Executed this 8th day of November 2018, at St. Louis, Missouri.

18    

19                ANGELA POWERS

20

21

22

23

24

25

26

27

28

2