1  SEYFARTH SHAW LLP
   Aaron R. Lubeley (SBN 199837)
2  alubeley@seyfarth.com
   Simon Yang (SBN 260286)
3  syang@seyfarth.com
   Meagan Sue O'Dell (SBN 280086)
4  modell@seyfarth.com
   601 South Figueroa Street, Suite 3300
5  Los Angeles, California 90017-5793
   Telephone:  (213) 270-9600
6  Facsimile:  (213) 270-9601

7  Attorneys for Defendants
   AIRPORT TERMINAL SERVICES, INC. and
8  EDGAR TRUJILLO

9

10                 UNITED STATES DISTRICT COURT
11
                   CENTRAL DISTRICT OF CALIFORNIA
12

13
   JAYME TIPTON,                          Case No.   2:18-cv-9503
14
              Plaintiff,                  **PROOF OF SERVICE RE
15                                        DEFENDANT'S NOTICE OF
      v.                                  REMOVAL**
16
   AIRPORT TERMINAL SERVICES, INC.,       [Super. Ct., Case No. BC724260]
17 EDGAR TRUJILLO, MELISSA DOE, and
   DOES 1 to 100, inclusive,
18
              Defendants.
19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE RE DEFENDANT'S NOTICE OF REMOVAL

51863606v.1

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 601 South Figueroa Street, Suite 3300, Los Angeles, California 90017. On November 8, 2018, I served the within document(s):

(1)  DEFENDANT'S NOTICE OF REMOVAL;
(2)  CIVIL COVER SHEET;
(3)  CERTIFICATION AND NOTICE OF INTERESTED PARTIES;
(4)  CORPORATE DISCLOSURE STATEMENT;
(5)  DECLARATION OF AARON R. LUBELEY
(6)  DECLARATION OF ANGELA POWERS

X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

Carney R. Shegerian, Esq.  
Anthony Nguyen, Esq.  
Aaron Gbewonyo, Esq.  
SHEGERIAN & ASSOCIATES, INC.  
225 Santa Monica Blvd., Suite 700  
Santa Monica, California 90401  

*Attorneys for Plaintiff*

Telephone: (310) 860-0770  
Facsimile:  (310) 860-0771  

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 8, 2018, at Los Angeles, California.

_____
Blanca Guerra

51863606v.1

PROOF OF SERVICE RE DEFENDANT'S NOTICE OF REMOVAL