SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Simon Yang (SBN 260286)
syang@seyfarth.com
Meagan Sue O'Dell (SBN 280086)
modell@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:   (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Defendants
AIRPORT TERMINAL SERVICES, INC. and
EDGAR TRUJILLO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AIRPORT TERMINAL SERVICES, INC., EDGAR TRUJILLO, MELISSA DOE, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-CV-9503 AB (JEMx)<br><br>*Assigned to Hon. Andre Birotte Jr.*<br><br>**NOTICE OF COMPLIANCE WITH 28 U.S.C. SECTION 1446(D)**<br><br>[Super. Ct., Case No. BC 724 260] |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF JAYME TIPTON AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 9, 2018, Defendants Airport Terminal Services, Inc. and Edgar Trujillo filed with the Superior Court of the State of California, County of Los Angeles, its Notice to the Clerk of the Superior Court and to Plaintiff Jayme Tipton of Removal of the above-captioned action to the United States District Court and served Plaintiff's counsel with the Notice of Removal in compliance with 28 U.S.C. Section 1446(d).

A true and correct copy of Defendants' Notice to the Clerk of the Superior Court and to Plaintiff of Removal of Civil Action to the United States District Court, without exhibits, is attached hereto as Exhibit "A."

DATED: November 9, 2018

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Aaron R. Lubeley
Aaron R. Lubeley
Simon Yang
Meagan Sue O'Dell
Attorneys for Defendants
AIRPORT TERMINAL SERVICES, INC. and EDGAR TRUJILLO

# EXHIBIT A

1  SEYFARTH SHAW LLP
   Aaron R. Lubeley (SBN 199837)
2  alubeley@seyfarth.com
   Simon Yang (SBN 260286)
3  syang@seyfarth.com
   Meagan Sue O'Dell (SBN 280086)
4  modell@seyfarth.com
   601 South Figueroa Street, Suite 3300
5  Los Angeles, California 90017-5793
   Telephone:  (213) 270-9600
6  Facsimile:  (213) 270-9601

7  Attorneys for Defendants
   AIRPORT TERMINAL SERVICES, INC.
8  and EDGAR TRUJILLO

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

NOV 09 2018

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES - CENTRAL

| JAYME TIPTON, | Case No. BC 724 260 |
|---|---|
| Plaintiff, | [HON. TERESA BEAUDET, DEPT. 50] |
| v. | **NOTICE TO CLERK OF THE SUPERIOR COURT AND TO PLAINTIFF OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT** |
| AIRPORT TERMINAL SERVICES, INC., EDGAR TRUJILLO, MELISSA DOE, and DOES 1 TO 100, inclusive, | |
| Defendants. | |

COPY

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF JAYME TIPTON AND HER ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that on November 8, 2018, Defendants Airport Terminal Services, Inc. and Edgar Trujillo (collectively, "Defendants") filed with the United States District Court for the Central District of California a Notice of Removal of the above-captioned action from the Superior Court for the State of California for the County of Los Angeles. A true and correct copy of the Notice of Removal is attached hereto and served herewith as Exhibit 1.

     The Superior Court of the State of California for the County of Los Angeles is hereby advised to proceed no further with this matter unless and until the case is remanded.

DATED: November 9, 2018

Respectfully submitted,

SEYFARTH SHAW LLP

By: _____
Aaron R. Lubeley
Simon Yang
Meagan Sue O'Dell
Attorneys for Defendants
AIRPORT TERMINAL SERVICES, INC. and EDGAR TRUJILLO