SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Simon L. Yang (SBN 260286)
syang@seyfarth.com
Meagan Sue O'Dell (SBN 280086)
modell@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Defendants
AIRPORT TERMINAL SERVICES, INC.
and EDGAR TRUJILLO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIRPORT TERMINAL SERVICES, INC., EDGAR TRUJILLO, MELISSA DOE, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-cv-09503-AB-JEM<br><br>*Assigned to Hon. André Birotte Jr.*<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS**<br><br>[Fed. R. Civ. P. 12(b)(6)]<br><br>[*Filed concurrently with Memorandum of Points and Authorities, Declaration of Meagan S. O'Dell, and [Proposed] Order*]<br><br>Hearing Date:　December 21, 2018<br>Time:　　　　　10:00 a.m.<br>Courtroom:　　 7B |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on December 21, 2018, at 10:00 a.m. in Courtroom 7B of the above-entitled Court, located at 350 West First Street, Los Angeles, CA 90012, Defendants Airport Terminal Services, Inc. and Edgar Trujillo (collectively, "Defendants") will, and hereby do, move this Court to dismiss Plaintiff's First Cause of Action for Violation of FEHA, Second Cause of Action for Breach of an Oral Contract, Third Cause of Action for Breach of Implied-in-Fact Contract, Fourth Cause of Action for Negligent Hiring, Supervision, and Retention, Fifth Cause of Action for Wrongful Termination, and Sixth Cause of Action for Intentional Infliction of Emotional Distress pursuant Federal Rule of Civil Procedure ("FRCP") 12(b)(6).

Defendants base this motion on the grounds that Plaintiff's Complaint fails to state factually specific allegations upon which relief may be granted under the standards articulated in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 662 (2009).

This motion is made following the conference of counsel pursuant to Local Rule 7-3.

DATED: November 15, 2018

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Meagan Sue O'Dell*
Aaron R. Lubeley
Simon L. Yang
Meagan Sue O'Dell
Attorneys for Defendants
AIRPORT TERMINAL SERVICES, INC. and EDGAR TRUJILLO