UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAYME TIPTON,

Plaintiff,

v.

AIRPORT TERMINAL SERVICES, INC., EDGAR TRUJILLO, MELISSA DOE, and DOES 1 to 100, inclusive,

Defendants.

Case No. 2:18-cv-9503 AB (JEMx)

*Assigned to Hon. André Birotte Jr.*

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

[*Filed concurrently with Notice of Motion to Dismiss; Memorandum of Points and Authorities; and Declaration of Meagan Sue O'Dell]*

Hearing Date: December 21, 2018
Time: 10:00 a.m.
Courtroom: 7B

Defendants Airport Terminal Services, Inc. ("ATS") and Edgar Trujillo (collectively "Defendants") Motion to Dismiss Plaintiff's Complaint came on regularly for hearing on December 21, 2018, at 10:00 a.m. before this Court in Courtroom 7B, the Honorable André Birotte Jr. presiding.

Seyfarth Shaw LLP appeared on behalf of the moving parties; Shegerian & Associates appeared on behalf of Plaintiff. Having considered all materials filed in support of and in opposition to the Motion, and all other arguments and evidence presented:

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is **granted.**

**IT IS SO ORDERED.**

DATED: ___________________

___________________________________
Hon. André Birotte Jr.