# EXHIBIT "A"

**O'Dell, Meagan S.**

**From:** Lubeley, Aaron
**Sent:** Tuesday, November 13, 2018 1:50 PM
**To:** Aaron Gbewonyo
**Cc:** O'Dell, Meagan S.; Guerra, Blanca; Yang, Simon
**Subject:** RE: Tipton Matter

**Importance:** High

Aaron,

Thank you for these documents. Please let me know if you have time this afternoon to discuss the claims further. We are wondering if you will agree to dismiss the claims in the complaint related to FMLA and CFRA leave since it appears Plaintiff did not work long enough to qualify for any job protected leave (worked less than one year and less than the 1250 hours). There is also a lack of pleading related to the basis for claims against the individual defendants as explained in the removal papers and scant allegations related to the claims of breach of contract. Finally, there seems to a combining of causes of action in the first cause of action that we would like to address now rather than later.

If you are agreeable, we can file a stipulation to allow you time to file an amended complaint and provide a time for us to respond. Please let me know your thoughts.

Thanks,

Aaron

**Aaron Lubeley** | Partner
Los Angeles - Downtown | Ext: 809636 (+1-213-270-9636)
alubeley@seyfarth.com

**From:** Aaron Gbewonyo <agbewonyo@shegerianlaw.com>
**Sent:** Thursday, November 8, 2018 2:51 PM
**To:** Lubeley, Aaron <ALubeley@seyfarth.com>
**Cc:** O'Dell, Meagan S. <modell@seyfarth.com>; Guerra, Blanca <BGuerra@seyfarth.com>
**Subject:** RE: Tipton Matter

**[EXT. Sender]**

Aaron,

It was a pleasure to speak with you the other day. Per your request, please find the right to sue letter and subsequent amended rights to sue.

In regards to potential mediation, my office remains willing to consider mediation, however, the expectation is that the Defendant will assume all cost associated with mediation. Further, please be advised that given no mediation was set regarding previous negotiations, that demand is no longer on the table. However, I would be happy to propose potential mediators if your client remains interested. Thank you.

Aaron Gbewonyo | Associate Attorney
225 Santa Monica Boulevard, Suite 700 | Santa Monica, California 90401
Office: (310) 860-0770 | Facsimile: (310) 860-0771
agbewonyo@shegerianlaw.com | shegerianlaw.com

**SHEGERIAN & ASSOCIATES, INC.**
◦ PROTECTING YOUR RIGHTS ◦

Please do not print this e-mail unless absolutely necessary. CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Shegerian Law client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at privacy@shegerianlaw.com or by telephone at (310) 860-0770. Thank you.

**From:** Lubeley, Aaron <ALubeley@seyfarth.com>
**Sent:** Tuesday, November 6, 2018 2:41 PM
**To:** Aaron Gbewonyo <agbewonyo@shegerianlaw.com>
**Cc:** O'Dell, Meagan S. <modell@seyfarth.com>; Guerra, Blanca <BGuerra@seyfarth.com>
**Subject:** Tipton Matter

Aaron,

Nice to meet you by telephone. We represent Airport Terminal Services in the above referenced matter. Please email the documents related to the DFEH claims (amended) and right to sue letters. Looking forward to working with you.

Regards,

Aaron

**Aaron Lubeley** | Partner | Seyfarth Shaw LLP
601 South Figueroa Street | Suite 3300 | Los Angeles, California 90017-5793
Direct: +1-213-270-9636 | Fax: +1-310-282-6977
alubeley@seyfarth.com | www.seyfarth.com

SEYFARTH
SHAW

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.