# EXHIBIT "B"

## O'Dell, Meagan S.

| | |
|---|---|
| **From:** | Aaron Gbewonyo <agbewonyo@shegerianlaw.com> |
| **Sent:** | Wednesday, November 14, 2018 6:20 PM |
| **To:** | O'Dell, Meagan S. |
| **Cc:** | Lubeley, Aaron; Yang, Simon; Guerra, Blanca; Mahru Madjidi |
| **Subject:** | RE: Tipton v. ATS - Stipulation to Extend Time to Respond to Complaint |

[EXT. Sender]

Meagan,

My stance has never changed. I made myself position very clear over the phone. The issue would not have been raised otherwise.

**Aaron Gbewonyo** | Associate Attorney
225 Santa Monica Blvd | Santa Monica, CA 90401
Office: (310) 860-0770 | Facsimile: (310) 860-0771
agbewonyo@shegerianlaw.com | shegerianlaw.com

**SHEGERIAN & ASSOCIATES, INC.**
∘ PROTECTING YOUR RIGHTS ∘

Please do not print this e-mail unless absolutely necessary. CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Shegerian Law client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at privacy@shegerianlaw.com or by telephone at (310) 860-0770. Thank you.

-----Original Message-----
From: O'Dell, Meagan S. <modell@seyfarth.com>
Sent: Wednesday, November 14, 2018 6:15 PM
To: Aaron Gbewonyo <agbewonyo@shegerianlaw.com>
Cc: Lubeley, Aaron <ALubeley@seyfarth.com>; Yang, Simon <syang@seyfarth.com>; Guerra, Blanca <BGuerra@seyfarth.com>; Mahru Madjidi <mmadjidi@shegerianlaw.com>
Subject: Re: Tipton v. ATS - Stipulation to Extend Time to Respond to Complaint

Aaron,
At no time did we discuss Defendants' removal papers or Plaintiff's demand that the case be remanded. Defendants removed on diversity grounds under the sham defendant doctrine. As I stated on the phone, Defendants will consider your proposal to remove Plaintiff's FMLA/CFRA claims and dismiss Melissa Doe, along with your request to add Moses Gillian as a defendant. However, that seems to be a moot point considering the stance you are now taking.
Best,
Meagan



Meagan S. O'Dell | Associate | Seyfarth Shaw LLP
601 South Figueroa Street | Suite 3300 | Los Angeles, California 90017-5793

1

Direct: +1-213-270-9649 | Fax: +1-310-551-8498 modell@seyfarth.com | http://www.seyfarth.com

[http://www.seyfarth.com/dir_docs/publications/SeyfarthRevisedLogo.gif]

---

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

---

On Nov 14, 2018, at 5:36 PM, Aaron Gbewonyo <agbewonyo@shegerianlaw.com<mailto:agbewonyo@shegerianlaw.com%3E%3E wrote:


[EXT. Sender]
Meagan,
Per our conversation, please revise the current stipulation to include that the parties will stipulate to remand this case to state court upon Plaintiff's filing of her FAC, which will exclude FMLA/CFRA under her first cause of action, the grounds for which Defendant claims that this court has subject matter jurisdiction. Although we are willing to engage in further meet and confer efforts regarding the potential dismissal of Melissa Doe, to be replaced by Moses Gillian, we will not stipulate to additional time to respond absent the aforementioned. Thank you.


Aaron Gbewonyo | Associate Attorney

225 Santa Monica Blvd | Santa Monica, CA 90401

Office: (310) 860-0770<tel:+01-(310)%20860-0770> | Facsimile: (310) 860-0771<tel:+01-(310)%20860-0771>

agbewonyo@shegerianlaw.com | shegerianlaw.com <mailto:agbewonyo@shegerianlaw.com%3E
[Shegerian & Associates, Inc. • Protecting Your Rights •]
[shegerianlaw.com]<https://urldefense.proofpoint.com/v2/url?u=http-3A__shegerianlaw.com_&d=DwMFaQ&c=fMwtGtbwbi-K_84JbrNh2g&r=DYGnk-5SA9PeZD2ErP2xWaoGBfdCsz4tIglrHvYj3Jc&m=iVUJTojawjzaaUqXmCbldElAr7bMfOSA0ZZb040yExw&s=_MvcOhY3FdOYWhLBs_gD_r-rR_ZJf4L6QUZi35do9dU&e=%3E

[https://www.shegerianlaw.com/external-assets/blue-divider.png]


Please do not print this e-mail unless absolutely necessary. CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Shegerian Law client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at privacy@shegerianlaw.com<mailto:privacy@shegerianlaw.com%3E or by telephone at (310) 860-0770<tel:1-310-860-0770>. Thank you.

From: O'Dell, Meagan S. <modell@seyfarth.com<mailto:modell@seyfarth.com%3E%3E
Sent: Wednesday, November 14, 2018 5:05 PM
To: Aaron Gbewonyo <agbewonyo@shegerianlaw.com<mailto:agbewonyo@shegerianlaw.com%3E%3E
Cc: Lubeley, Aaron <ALubeley@seyfarth.com<mailto:ALubeley@seyfarth.com%3E%3E; Yang, Simon <syang@seyfarth.com<mailto:syang@seyfarth.com%3E%3E; Guerra, Blanca <BGuerra@seyfarth.com<mailto:BGuerra@seyfarth.com%3E%3E
Subject: Tipton v. ATS - Stipulation to Extend Time to Respond to Complaint

Aaron,
Thank you for taking the time to chat just a short bit ago. Pursuant to our conversation, attached please find the stipulation to extend Defendants' time to respond to the complaint. I noted the deadline as next Friday, since one week exactly falls on Thanksgiving. I understand that you intend to sign off on the stipulation tonight since you will be in deposition tomorrow. If you need to discuss the stipulation at all, please feel free to call my cell (310-804-9187). Otherwise, once we have your approval, we will handle the filing.
I will reach out to my client regarding your intended dismissals and amendments and circle back with you as soon as possible.
Best,
Meagan


Meagan S. O'Dell | Associate | Seyfarth Shaw LLP
601 South Figueroa Street | Suite 3300 | Los Angeles, California 90017-5793
Direct: +1-213-270-9649 | Fax: +1-310-551-8498 modell@seyfarth.com<mailto:modell@seyfarth.com%3E |
www.seyfarth.com<http://www.seyfarth.com>
[http://www.seyfarth.com/dir_docs/publications/SeyfarthRevisedLogo.gif]

---

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

---