1
2
3
4
5
6
7
8
9
10                        UNITED STATES DISTRICT COURT
11                       CENTRAL DISTRICT OF CALIFORNIA
12

| 13 | JAYME TIPTON, | Case No. 2:18-cv-9503 AB (JEMx) |
|---|---|---|
| 14 | Plaintiff, | *Assigned to Hon. André Birotte Jr.* |
| 15 | v. | |
| 16 | AIRPORT TERMINAL SERVICES, INC., EDGAR TRUJILLO, MELISSA DOE, and DOES 1 to 100, inclusive, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| 17 | | |
| 18 | Defendants. | *[Filed concurrently with Notice of Motion to Dismiss; Memorandum of Points and Authorities; and Declaration of Meagan Sue O'Dell]* |
| 19 | | |
| 20 | | |
| 21 | | Hearing Date:  December 21, 2018<br>Time:  10:00 a.m.<br>Courtroom:  7B |
| 22 | | |

23
24
25
26
27
28

1  Defendants Airport Terminal Services, Inc. ("ATS") and Edgar Trujillo
2  (collectively "Defendants") Motion to Dismiss Plaintiff's Complaint came on regularly
3  for hearing on December 21, 2018, at 10:00 a.m. before this Court in Courtroom 7B, the
4  Honorable André Birotte Jr. presiding.

5  Seyfarth Shaw LLP appeared on behalf of the moving parties; Shegerian &
6  Associates appeared on behalf of Plaintiff. Having considered all materials filed in
7  support of and in opposition to the Motion, and all other arguments and evidence
8  presented:

9  **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is **granted.**
10  **IT IS SO ORDERED.**

12  DATED: _____

Hon. André Birotte Jr.