# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAYME TIPTON, | Case No.: 2:18-cv-9503 AB (JEMx) |
| Plaintiff, | **The Honorable Andre Birotte, Jr.** |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF JAYME TIPTON'S MOTION FOR AN ORDER TO REMAND TO STATE COURT** |
| AIRPORT TERMINAL SERVICES, INC., EDGAR TRUJILLO, MELISSA DOE, and DOES 1 to 100, inclusive, | Date: January 11, 2019<br>Time: 10:00 a.m.<br>Ctrm.: 7B |
| Defendants. | Action Filed: October 3, 2018<br>Removal: November 8. 2018 |

# ORDER

Plaintiff Jayme Tipton's ("plaintiff") Motion to Remand came on for hearing on January 11, 2019, at 10:00 a.m., in Courtroom 7B of this Court, the Honorable Andre Birotte, Jr., presiding. All parties were represented by counsel.

Having considered plaintiff's motion, the pleadings and papers filed concurrently therewith and on file in this action, and other argument and evidence at the hearing, the Court hereby orders as follows:

Plaintiff's Motion to Remand is GRANTED. The clerk of the court shall send a certified copy of the order to the clerk of the state court in which the action was originally filed;

Plaintiff's request for costs and fees in the amount of $_____ is GRANTED;

IT IS FURTHER ORDERED that: _____
_____
_____.

IT IS SO ORDERED.

Dated: _____, 2019

_____
The Honorable Andre Birotte, Jr.
United States District Court Judge

**TIPTON v. ATS, et al.**                               **USDC Case No. 2:18-cv-9503 AB (JEMx)**

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 225 Santa Monica Boulevard, Suite 700, Santa Monica, California 90401.

On November 30, 2018, I served the foregoing document, described as **"[PROPOSED] ORDER GRANTING PLAINTIFF JAYME TIPTON'S MOTION FOR AN ORDER TO REMAND TO STATE COURT,"** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

**Aaron R. Lubeley, Esq.**
**Simon L. Yang, Esq.**
**Meagan Sue O'Dell, Esq.**
**SEYFARTH SHAW LLP**
**601 South Figueroa Street, Suite 3300**
**Los Angeles, California 90017-5793**

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒     **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 30, 2018, at Santa Monica, California.

Jose Castro