# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| JAYME TIPTON | 2:18−cv−09503−AB−JEM |
| Plaintiff(s), | |
| v. | |
| AIRPORT TERMINAL SERVICES, INC, et al. | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

|  11/30/2018  |  16  |   MOTION to Remand Case to Los Angeles Superior Court   |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

Plaintiff shall file a Certificate of Interested Parties no later than December 27, 2018 or risk the striking of the Motion to Remand filed at docket entry [16].

Clerk, U.S. District Court

Dated: December 21, 2018

By: /s/ *Joseph Remigio*
    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*