| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Carney R. Shegerian, Esq. (SBN 150461) <br> Anthony Nguyen, Esq. (SBN 259154) <br> Aaron Gbewonyo, Esq. (SBN 315889) <br> Shegerian & Associates, Inc. <br> 225 Santa Monica Boulevard Suite 700 <br> Santa Monica, CA 90401 <br> Telephone: (310)860-0770 | |
| ATTORNEY(S) FOR: | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JAYME TIPTON <br><br> Plaintiff(s), <br><br> v. <br><br> AIRPORT TERMINAL SERVICES, INC., et, al. <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:18-cv-09503-AB-JEM <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____JAYME TIPTON_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiff, Jayme Tipton | Shegrian and Associates, Inc. (Attorneys of record for Plaintiff) |
| Defendant, Edgar Trujillo | |
| Defendant, Airport Terminal Services, Inc. | Seyfarth Shaw LLP (Attorney of record for Defendants Edgar, Melissa Doe and Trujillo and Airport Terminal Services, Inc.) |
| Defendant, Melissa Doe | |

| December 27, 2018 | s/ Carney R. Shegerian, Esq. |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Carney R. Shegerian, Esq.

CV-30 (05/13)   **NOTICE OF INTERESTED PARTIES**