# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 18-09503-AB (JEMx) | Date: | January 11, 2019 |

Title:  Jayme Tipton v. Airport Terminal Services, Inc et al

Present: The Honorable  **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Aaron Gbewonyo | Aaron Robert Lubeley |
| | Meagan Sue O'Dell |

**Proceedings:**  1) DEFENDANTS' MOTION TO DISMISS [12] [14];
2) PLAINTIFF JAYME TIPTON'S MOTION FOR AN ORDER TO REMAND TO STATE COURT [16]

The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.