SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Simon L. Yang (SBN 260286)
syang@seyfarth.com
Meagan Sue O'Dell (SBN 280086)
modell@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIRPORT TERMINAL SERVICES, INC., DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-cv-09503-AB-JEM<br><br>*Assigned to Hon. André Birotte Jr.*<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[FED. R. CIV. P. 12(b)(6)]<br><br>Hearing Date:　March 22, 2019<br>Time:　　　　 10:00 a.m.<br>Courtroom:　　7B |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 22, 2019, at 10:00 a.m. in Courtroom 7B of the above-entitled Court, located at 350 West First Street, Los Angeles, CA 90012, Defendant Airport Terminal Services, Inc. ("Defendant" or "ATS") will and hereby does move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the First Amended Complaint filed by Plaintiff, Jayme Tipton ("FAC").

Specifically, ATS bases this motion on the grounds that under the standards articulated in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 662 (2009), the FAC fails to state factually specific allegations upon which relief may be granted for the (i) First Cause of Action for Breach of Oral Contract, (ii) Second Cause of Action for Breach of Implied-in-Fact Contract, (iii) Third Cause of Action for Negligent Hiring, Supervision, and Retention, (iv) Fourth Cause of Action for Wrongful Termination in Violation of Public Policy, (v) Fifth Cause of Action for Intentional Infliction of Emotional Distress, (vi) Seventh Cause of Action for Harassment, and (vii) Eleventh Cause of Action for Failure to Prevent Discrimination, Harassment, and Retaliation. The motion is based on the memorandum of points and authorities in support, the declaration of counsel, such evidence or oral argument as may be presented at the hearing, and on the complete record and file herein.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on February 7, February 12, and February 13, 2019.

DATED: February 19, 2019            SEYFARTH SHAW LLP


By: /s/ Meagan Sue O'Dell
Aaron R. Lubeley
Simon L. Yang
Meagan Sue O'Dell
Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.