UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON,<br><br>             Plaintiff,<br><br>     v.<br><br>AIRPORT TERMINAL SERVICES, INC., DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. 2:18-cv-9503 AB (JEMx)<br><br>*Assigned to Hon. André Birotte Jr.*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[*Filed concurrently with Notice of Motion to Dismiss; Memorandum of Points and Authorities; and Declaration of Meagan Sue O'Dell*]<br><br>Hearing Date:   March 22, 2019<br>Time:                  10:00 a.m.<br>Courtroom:        7B |

Defendant Airport Terminal Services, Inc.'s ("Defendant") Motion to Dismiss Plaintiff's First Amended Complaint came on regularly for hearing on March 22, 2019, at 10:00 a.m. before this Court in Courtroom 7B, the Honorable André Birotte Jr. presiding.

Seyfarth Shaw LLP appeared on behalf of the moving party; Shegerian & Associates appeared on behalf of Plaintiff. Having considered all materials filed in support of and in opposition to the Motion, and all other arguments and evidence presented:

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is **granted.**

**IT IS SO ORDERED.**

DATED: _____

Hon. André Birotte Jr.