SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Simon L. Yang (SBN 260286)
syang@seyfarth.com
Meagan Sue O'Dell (SBN 280086)
modell@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON,<br><br>                    Plaintiff,<br><br>       v.<br><br>AIRPORT TERMINAL SERVICES, INC., DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 2:18-cv-09503-AB-JEM<br><br>*Assigned to Hon. André Birotte Jr.*<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>[FED. R. CIV. P. 12(b)(6)]<br><br>[*Filed concurrently with Memorandum of Points and Authorities in Support; [Proposed] Order*]<br><br>Hearing Date:   June 21, 2019<br>Time:                 10:00 a.m.<br>Courtroom:      7B |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 21, 2019, at 10:00 a.m. in Courtroom 7B of the above-entitled Court, located at 350 West First Street, Los Angeles, CA 90012, Defendant, Airport Terminal Services, Inc. ("ATS"), will and hereby does move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Second Amended Complaint filed by Plaintiff, Jayme Tipton.

Specifically, ATS bases this motion on the grounds the Second Amended Complaint fails to state factually specific allegations to state a claim upon which relief may be granted under the standards articulated in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 662 (2009) for the: (i) First Cause of Action for Breach of Implied-in-Fact Contract, (ii) Second Cause of Action for Negligent Hiring, Supervision, and Retention, (iii) Third Cause of Action for Wrongful Termination in Violation of Public Policy, (iv) Fourth Cause of Action for Intentional Infliction of Emotional Distress, (v) Fifth Cause of Action for Discrimination, (vi) Sixth Cause of Action for Harassment, (vii) Seventh Cause of Action for Retaliation, (viii) Eighth Cause of Action for Failure to Provide Reasonable Accommodation, (ix) Ninth Cause of Action for Failure to Engage in the Interactive Process, and (x) Tenth Cause of Action for Failure to Prevent Discrimination, Harassment, and Retaliation.

1. The First Cause of Action for Breach of an Implied Contract fails to state a claim upon which relief may be granted because the Second Amended Complaint fails to allege a promise or a breach.

2. The Second Cause of Action for Negligent Hiring, Supervision, and Retention fails to state a claim upon which relief may be granted because the Second Amended Complaint fails to allege negligent or reckless conduct.

3. The Third Cause of Action for Wrongful Termination in Violation of Public Policy fails to state a claim upon which relief may be granted because the Second Amended Complaint fails to identify the public policy Plaintiff relies on.

4. The Fourth Cause of Action for Intentional Infliction of Emotional Distress fails to state a claim upon which relief may be granted because the Second Amended Complaint fails to allege extreme and outrageous conduct.

5. The Fourth Cause of Action for Intentional Infliction of Emotional Distress fails to state a claim upon which relief may be granted because the Second

        Amended Complaint fails to allege facts not barred by workers' compensation exclusivity.

6. The Fifth Cause of Action for Disability-Based Discrimination fails to state a claim upon which relief may be granted because the Second Amended Complaint alleges claims based on "being terminated for taking a medical leave of absence."

7. The Sixth Cause of Action for Disability-Based Harassment fails to state a claim upon which relief may be granted because the Second Amended Complaint alleges routine personnel management conduct not actionable as harassment.

8. The Sixth Cause of Action for Disability-Based Harassment fails to state a claim upon which relief may be granted because the Second Amended Complaint fails to allege severe or pervasive conduct.

9. The Seventh Cause of Action for Disability-Based Retaliation fails to state a claim upon which relief may be granted because the Second Amended Complaint alleges claims based on "being terminated for taking a medical leave of absence."

10. The Eighth Cause of Action for Failure to Provide Reasonable Accommodation fails to state a claim upon which relief may be granted because the Second Amended Complaint fails to allege ATS knew of any disability.

11. The Ninth Cause of Action for Failure to Engage in an Interactive Process fails to state a claim upon which relief may be granted because the Second Amended Complaint fails to allege ATS knew of any disability.

12. The Tenth Cause of Action for Failure to Prevent Discrimination, Harassment, and Retaliation fails to state a claim upon which relief may be granted because the Second Amended Complaint fails to state a claim for discrimination, harassment, or retaliation.

13. The Tenth Cause of Action for Failure to Prevent Discrimination, Harassment, and Retaliation fails to state a claim upon which relief may be granted because the Second Amended Complaint fails to allege any supporting conduct.

The motion is based on this notice, the concurrently filed memorandum of points and authorities in support, such evidence or oral argument as may be presented at the hearing, and on the complete record and file herein.

///

///

///

///

DEFENDANT'S NOTICE OF MOTION & MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on May 10 and 13, 2019.

DATED: May 21, 2019                     SEYFARTH SHAW LLP


By:  /s/ *Meagan Sue O'Dell*
    Aaron R. Lubeley
    Simon L. Yang
    Meagan Sue O'Dell
    Attorneys for Defendant
    AIRPORT TERMINAL SERVICES, INC.

DEFENDANT'S NOTICE OF MOTION & MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT