UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON,<br><br>          Plaintiff,<br><br>     v.<br><br>AIRPORT TERMINAL SERVICES, INC., DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No.  2:18-cv-9503 AB (JEMx)<br><br>*Assigned to Hon. André Birotte Jr.*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>[*Filed concurrently with Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint; Memorandum of Points and Authorities in Support*]<br><br>Hearing Date:   June 21, 2019<br>Time:                 10:00 a.m.<br>Courtroom:        7B |

Defendant Airport Terminal Services, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint came on regularly for hearing on June 21, 2019, at 10:00 a.m. before this Court in Courtroom 7B, the Honorable André Birotte Jr. presiding.

Seyfarth Shaw LLP appeared on behalf of the moving party; Shegerian & Associates appeared on behalf of Plaintiff. Having considered all materials filed in support of and in opposition to the Motion, and all other arguments and evidence presented:

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is **granted, without leave to amend.**

**IT IS FURTHER ORDERED** that Plaintiff's Second Amended Complaint is **dismissed with prejudice.**

**IT IS SO ORDERED.**

DATED: _____

Hon. André Birotte Jr.