Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, Esq., State Bar No. 259154
ANguyen@Shegerianlaw.com
Aaron Gbewonyo, Esq., State Bar No. 315889
AGbewonyo@Shegerianlaw.com
SHEGERIAN & ASSOCIATES
225 Santa Monica Boulevard, Suite 700
Santa Monica, California 90401
Telephone Number:   (310) 860-0770
Facsimile Number:   (310) 860-0771

Attorneys for Plaintiff,
JAYME TIPTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON,<br><br>             Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. and DOES 1 to 100, inclusive,<br><br>             Defendants. | Case No.:  2:18-cv-09503-AB-JEM<br><br>**The Honorable André Birotte, Jr.**<br><br>**DECLARATION OF AARON GBEWONYO IN OPPOSITION TO DEFENDANT'S F.R.C.P. RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date:   June 21, 2019<br>Time:   10:00 a.m.<br>Ctrm.:   7B<br><br>Action Filed:  October 4. 2018 |

## DECLARATION OF AARON GBEWONYO

I, Aaron Gbewonyo, declare as follows:

1. I am an attorney at law, duly authorized to practice law in the State of California and this Court. I am the attorney for plaintiff, Jayme Tipton, in this case. I am familiar with the files, pleadings, and facts in this case and could and would competently testify to the following facts on the basis of my own personal knowledge or information and belief.

2. On May 6, 2019, I spoke to defendant's counsel, Meghan O'Dell telephonically. During this call, I discussed plaintiff's position regarding plaintiff's Second Amended Complaint ("SAC"). During this call, defendant's counsel and myself discussed what defendant's counsel felt were deficiencies in plaintiff's SAC. I informed defendant's counsel that I would review her concerns, and the parties agreed to meet and confer further on the matters.

3. Plaintiff voluntarily agrees to dismiss her Second Cause of Action for negligent hiring, supervision and retention and her Tenth Cause of action of failure to prevent discrimination, harassment, and retaliation. Plaintiff believes that all other causes of actions plead sufficient facts upon which relief can be granted.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on this 3rd day of May, 2019, at Santa Monica, California.

                                                            /s/ *Aaron Gbewonyo*
                                                        AARON GBEWONYO

| | |
|---|---|
| **TIPTON v. ATS** | **USDC Case No. 2:18-cv-09503-AB-JEM** |

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 225 Santa Monica Boulevard, Suite 700, Santa Monica, California 90401.

On May 31, 2019, I served the foregoing document, described as **"DECLARATION OF AARON GBEWONYO IN OPPOSITION TO DEFENDANT'S F.R.C.P. RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT,"** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

**Aaron R. Lubeley, Esq.**
**Simon L. Yang, Esq.**
**Meagan Sue O'Dell, Esq.**
SEYFARTH SHAW LLP
**601 South Figueroa Street, Suite 3300**
**Los Angeles, California 90017-5793**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 31, 2019, at Santa Monica, California.

_____
Raul Aguilar