# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON,<br><br>　　Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. and DOES 1 to 100, inclusive,<br><br>　　Defendants. | Case No.: 2:18-cv-09503-AB-JEM<br><br>**The Honorable André Birotte, Jr.**<br><br>**[PROPOSED] ORDER**<br><br>Date:　June 21, 2019<br>Time:　10:00 a.m.<br>Ctrm.:　7B |

# ORDER

Defendant's Motion to Dismiss Complaint was heard on March 22, 2019, in Courtroom 7B of this Court, before the Honorable André Birotte, Jr.

The Court having read and considered defendant's motion and plaintiff's opposition and heard oral arguments of counsel, and good cause appearing,

IT IS ORDERED that defendant's motion is DENIED.

IT IS FURTHER ORDERED that:  _____

_____

_____.

IT IS SO ORDERED.

Dated: May __, 2019

_____
The Honorable André Birotte, Jr.
United States District Court Judge

**TIPTON v. ATS**                                     **USDC Case No. 2:18-cv-09503-AB-JEM**

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 225 Santa Monica Boulevard, Suite 700, Santa Monica, California 90401.

On May 31, 2019, I served the foregoing document, described as **"[PROPOSED[ ORDER,"** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

**Aaron R. Lubeley, Esq.**
**Simon L. Yang, Esq.**
**Meagan Sue O'Dell, Esq.**
**SEYFARTH SHAW LLP**
**601 South Figueroa Street, Suite 3300**
**Los Angeles, California 90017-5793**

☒   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒   **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 31, 2019, at Santa Monica, California.

*/s/ Raul Aguilar*
Raul Aguilar