UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 18-09503-AB (JEMx) | Date: | June 21, 2019 |
|---|---|---|---|

| Title: | Jayme Tipton v. Airport Terminal Services, Inc et al |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Patricia Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

Aaron Gbewonyo   Meagan Sue O'Dell

**Proceedings:**   DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT [41]

    The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

    The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.