1  Carney R. Shegerian, Esq., State Bar No. 150461
   CShegerian@Shegerianlaw.com
2  Anthony Nguyen, Esq., State Bar No. 259154
   ANguyen@Shegerianlaw.com
3  Aaron Gbewonyo, Esq, State Bar No. 315889
   AGbewonyo@Shegerianlaw.com
4  SHEGERIAN & ASSOCIATES, INC.
   225 Santa Monica Boulevard, Suite 700
5  Santa Monica, California 90401
   Telephone Number: (310) 860-0770
6  Facsimile Number: (310) 860-0771

7  Attorneys for Plaintiff,
   JAYME TIPTON
8
   SEYFARTH SHAW LLP
9  Aaron R. Lubeley (SBN 199837)
   alubeley@seyfarth.com
10 Simon Yang (SBN 260286)
   syang@seyfarth.com
11 Meagan Sue O'Dell (SBN 280086)
   modell@seyfarth.com
12 601 South Figueroa Street, Suite 3300
   Los Angeles, California 90017-5793
13 Telephone: (213) 270-9600
   Facsimile: (213) 270-9601
14
   Attorneys for Defendant
15 AIRPORT TERMINAL SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAYME TIPTON, | Case No. 2:18-cv-9503 AB (JEMx) |
|---|---|
| Plaintiff, | *Assigned to Hon. Andre Birotte Jr. and Hon. John E. McDermott]* |
| v. | |
| AIRPORT TERMINAL SERVICES, INC., and DOES 1 to 100, inclusive, | **JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND EXPERT DISCOVERY DEADLINES** |
| Defendants. | Complaint Filed: October 4, 2018<br>SAC Filed: May 7, 2019 |

## RECITALS

Plaintiff Jayme Tipton ("Plaintiff" or "Tipton") and Defendant Airport Terminal Services, Inc. ("Defendant" or "ATS") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Complaint in this action in the Superior Court of the State of California for the County of Los Angeles, Central District on October 4, 2018, against Defendant;

WHEREAS, on November 8, 2018, Defendant filed a Notice of Removal to the United States District Court Central District of California;

WHEREAS, on November 15, 2018, Defendant filed a Motion to Dismiss Plaintiff's Complaint and Defendants Edgar Trujillo and Melissa Cisneros;

WHEREAS, on November 30, 2018, Plaintiff filed a motion to remand this case back to the Superior Court of the State of California, Central District, and opposed Defendant's Motion to Dismiss;

WHEREAS, on January 14, 2019, the Court issued an Order dismissing individual Defendants Edgar Trujillo and Melissa Cisneros from this lawsuit and denying Plaintiff's Motion to Remand, however, the Court granted Plaintiff leave to amend her complaint;

WHEREAS, on February 4, 2019, Plaintiff filed her First Amended Complaint with the Court;

WHEREAS, on February 19, 2019, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint;

Whereas on March 1, 2019, Plaintiff filed her Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint;

WHEREAS, on April 16, 2019, the Court granted Defendant's Motion to Dismiss Plaintiff's First Amended Complaint in part, however, the Court provided Plaintiff with leave to amend her complaint;

WHEREAS, on May 7, 2019, Plaintiff filed her Second Amended Complaint with the Court;

Whereas, on May 21, 2019, Defendant filed a Motion to Dismiss Plaintiff's Second Amended Complaint;

Whereas, on May 31, 2019, Plaintiff filed her Opposition to Defendant's Motion to Dismiss her Second Amended Complaint;

Whereas, on June 25, 2019, the Court granted in part and denied in part Defendant's Motion to Dismiss. The following causes of action were dismissed without leave to amend: (1) First cause of action for breach of implied-in-fact contract; (2) Second cause of action for negligent hiring, supervision, and retention; (3) Fourth cause of action for intentional infliction of emotional distress; (4) Sixth cause of action for harassment based on disability in violation of FEHA; and (5) Tenth cause of action for failure to prevent discrimination, harassment, and retaliation in violation of FEHA.

WHEREAS, Defendant filed an Answer to the Second Amended Complaint on July 9, 2019, to the remaining causes of action.

WHEREAS, on February 27, 2019, the Court entered a Scheduling Order [DOC No. 32] setting the following relevant deadlines:

1. Expert Disclosure Deadline of January 10, 2020.
2. Rebuttal Expert Disclosure Deadline of January 21, 2020.
3. Expert Discovery Cut-off of February 7, 2020.
4. Settlement Conference Completion Deadline of February 21, 2019.
5. Deadline to Hold Rule 16 Conference of March 20, 2020.

WHEREAS, the Parties have been engaged in, and continue to engage in good-faith meet and confer discussions to avoid the need for motion practice and to resolve discovery disputes as they have arisen;

WHEREAS, Defendant noticed Plaintiff's deposition on numerous occasions, including on October 11, 2019, began conducting the deposition on October 23, 2019, and completed Plaintiff's deposition on December 2, 2019;

WHEREAS, as of the date of the filing of the instant stipulation, Plaintiff has taken the deposition of Defendant's person most knowledgeable regarding policies and

procedures, Defendant's person most knowledgeable regarding termination, Shonta Henderson, Damien Neri, and Moses Guillen;

WHEREAS, Plaintiff contends additional depositions of Jeff Luetkenhaus, Edgar Trujillo, and Jet Blue are necessary and have been scheduled for dates in December 2019;

WHEREAS, Defendant's subpoenaed depositions of Plaintiff's medical providers and Deon Brown are pending for dates in December 2019;

WHEREAS, as of the date of the filing of this instant stipulation, the Parties have met and conferred and scheduled mediation with a private mediator, Ms. Eve Wagner Esq. of Signature Resolutions. Unfortunately, due to Ms. Wagner's availability, the parties were unable to schedule mediation with Ms. Wagner until February 27, 2020, which is six days after the Parties' deadline to complete a settlement conference of February 21, 2020;

WHEREAS, the Parties conferred, by and through their counsel, and agreed to a brief continuance of the Deadline to Complete Settlement Conference pursuant to L.R. 16-15 to allow the Parties to attend mediation with Ms. Eve Wagner on February 27, 2020 in this action;

WHEREAS, the Parties conferred, by and through their counsel, and agreed to a brief continuance of the Expert Discovery Deadlines and Rule 16 Conference Deadline to allow the Parties to avoid potentially unnecessary costs and place the Parties in the best position to resolve this matter at mediation;

WHEREAS, there have been no previous continuances for this matter;

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their respective undersigned counsel, and subject to the Court's approval, that the following Deadlines be continued:

1. Expert Disclosure Deadline be continued from January 10, 2020, to March 5, 2020.

2. Rebuttal Expert Disclosure Deadline be continued from January 21, 2020, to March 12, 2020.

3. Expert Discovery Cut-off be continued from February 7, 2020, to March 31, 2020.

4. Settlement Conference Completion Deadline be continued from February 21, 2020, to February 28, 2020.

5. Deadline to Hold Rule 16 Conference be continued from March 20, 2020, to April 1, 2020.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: December 17, 2019         SHEGERIAN & ASSOCIATES

By: */s/ Aaron Gbewonyo*
Carney Shegerian
Anthony Nguyen
Aaron Gbewonyo
Attorneys for Plaintiff Jayme Tipton

Dated: December 17, 2019         SEYFARTH SHAW LLP

By: */s/ Meagan Sue O'Dell*
Aaron R. Lubeley
Simon Yang
Meagan Sue O'Dell
Attorneys for Defendant Airport Terminal Services, Inc.

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

*/s/ Meagan Sue O'Dell*

5

JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND EXPERT DISCOVERY DEADLINES

1  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

4  DATED:_____

   _____
6  Honorable Andre Birotte Jr.
   United States District Court Judge