|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JAYME TIPTON, | Case No. 2:18-cv-9503 AB (JEMx) |
|---|---|
| Plaintiff, | *Assigned to Hon. André Birotte Jr.* |
| v. | |
| AIRPORT TERMINAL SERVICES, INC., DOES 1 through 100, inclusive, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND EXPERT DISCOVERY DEADLINES** |
| Defendants. | *[Filed concurrently with Joint Stipulation to Continue Settlement Conference and Expert Discovery Deadlines]* |

After considering the Joint Stipulation to Continue Settlement Conference and Expert Discovery Deadlines filed by Plaintiff Jayme Tipton and Defendant Airport Terminal Services, Inc. (Dkt. No. 48):

**IT IS HEREBY ORDERED** that the following Deadlines be continued:

1. Expert Disclosure Deadline be continued from January 10, 2020, to March 5, 2020.
2. Rebuttal Expert Disclosure Deadline be continued from January 21, 2020, to March 12, 2020.
3. Expert Discovery Cut-off be continued from February 7, 2020, to March 31, 2020.
4. Settlement Conference Completion Deadline be continued from February 21, 2020, to February 28, 2020.
5. Deadline to Hold Rule 16 Conference be continued from March 20, 2020 to April 1, 2020.

**IT IS SO ORDERED.**

Dated:  December 18, 2019   _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE