UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON,<br><br>    Plaintiff,<br><br>    v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.  2:18-cv-9503 AB (JEMx)<br><br>*Assigned to Hon. Andre Birotte Jr.*<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF AIRPORT TERMINAL SERVICES, INC.**<br><br>[Filed concurrently with Separate Statement of Undisputed Material Facts, Declaration of Meagan O'Dell, Memorandum in Support of Motion, Notice of Motion, Appendix of Evidence, and [Proposed] Order] |

1  Defendant Airport Terminal Services, Inc.'s ("ATS") Motion for Summary
2  Judgment pursuant to the Federal Rule of Civil Procedure 56 came on for hearing on
3  February 7, 2020, at 10:00 a.m., in Courtroom 7B of the above-entitled court, located at
4  350 West First Street, Los Angeles, California 90012, the Honorable Andre Birotte, Jr.
5  presiding.

6  ATS appeared and argued through its counsel, Seyfarth Shaw LLP. Jayme Tipton
7  appeared and argued through her counsel. The Court having reviewed and considered the
8  Motion, the memorandum of points and authorities in support thereof, any and all
9  oppositions and replies thereto, the pleadings, the arguments of counsel, and finding good
10 cause, finds as follows:

11 1. ATS is entitled to judgment in its' favor on each and every one of Plaintiff's
12 claims, including for disability discrimination, failure to accommodate, failure to engage
13 in the interactive process, wrongful termination, and retaliation.

14 2. ATS is also entitled to judgment in its' favor on Plaintiff's request for
15 punitive damages.

16 3. Judgment will be entered in favor of ATS and against Plaintiff.

19 **IT IS SO ORDERED**.

21 DATED: _____, 2020

_____
Hon. Andrew Birotte, Jr.
U.S. District Court Judge

[PROPOSED] JUDGMENT IN FAVOR OF AIRPORT TERMINAL SERVICES