# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON<br><br>Plaintiff(s),<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:18–cv–09503–AB–JEM<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __1/3/2020__

Document Number(s):   __53__

Title of Document(s):   __Defendant's Statemetn of Uncontroverted Facts and Conclusions of Law__

**ERROR(S) WITH DOCUMENT:**

This document tendered for the judge's approval should have been submitted as a separate PDF attachment to the Motion, document number 50, or a Notice of Lodging, Local Rule 5–4.4.1.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  January 8, 2020                    By:   /s/ *Grace Kami  grace_kami@cacd.uscourts.gov*
                                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G-112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS