1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

JAYME TIPTON,

)    Case No.:  2:18-cv-09503-AB- JEM

12

            Plaintiff,

)
)    **The Honorable Andre Birotte, Jr.**

13

vs.

)
)    **[PROPOSED] ORDER DENYING**

14

AIRPORT TERMINAL SERVICES, INC.,DOES 1 through 100, Inclusive

)    **DEFENDANTS' MOTION FOR**
)    **SUMMARY JUDGMENT OR, IN THE**
)    **ALTERNATIVE, SUMMARY**

15

                Defendants.

)    **ADJUDICATION**

16
)
)

17

_____ )    Ctrm.:  7B

18
19
20
21
22
23
24
25
26
27
28

# ORDER

After full consideration of the evidence on the Motion for Summary Judgment and Adjudication, the points and authorities and separate statements submitted by both parties, and oral argument of counsel, it appears and the Court finds that there are triable issues as to the following material facts raised by said motion, as is shown by the following evidence, and accordingly denies defendants' motion.

Defendant Airport Terminal Services' Motion for Summary Judgment:

___ GRANTED    ___ DENIED

and/or, in the alternative:

Airport Terminal Services' motion for summary adjudication as to:

- Plaintiff's Cause of Action No. 1    ___ GRANTED    ___ DENIED
- Plaintiff's Cause of Action No. 2    ___ GRANTED    ___ DENIED
- Plaintiff's Cause of Action No. 3    ___ GRANTED    ___ DENIED
- Plaintiff's Cause of Action No. 4    ___ GRANTED    ___ DENIED
- Plaintiff's Cause of Action No. 5    ___ GRANTED    ___ DENIED
- Plaintiff's Cause of Action No. 6    ___ GRANTED    ___ DENIED

IT IS THEREFORE ORDERED that

defendants' Motion for Summary Judgment is DENIED.

Dated:  January __, 2020

_____
The Honorable Andre Birotte, Jr.
United States District Court Judge

**TIPTON v. ATS**                                    **USDC Case No. 2:18-cv-09503-AB-JEM**

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 145 South Spring Street, Suite 400, Los Angeles, California 90012.

On January 17, 2020, I served the foregoing document, described as **"[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION"** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

**Aaron R. Lubeley, Esq.**
**Simon L. Yang, Esq.**
**Meagan Sue O'Dell, Esq.**
**SEYFARTH SHAW LLP**
**601 South Figueroa Street, Suite 3300**
**Los Angeles, California 90017-5793**

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒     **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 17, 2020, at Los Angeles, California.

_____

Jose Castro