| | |
|---|---|
| 1 | Carney R. Shegerian, Esq., State Bar No. 150461 |
|   | CShegerian@Shegerianlaw.com |
| 2 | Anthony Nguyen, Esq., State Bar No. 259154 |
|   | ANguyen@Shegerianlaw.com |
| 3 | Aaron Gbewonyo, Esq, State Bar No. 315889 |
|   | AGbewonyo@Shegerianlaw.com |
| 4 | SHEGERIAN & ASSOCIATES, INC. |
|   | 145 S Spring Street, Suite 400 |
| 5 | Los Angeles, California 90012 |
|   | Telephone Number:  (310) 860-0770 |
| 6 | Facsimile Number:   (310) 860-0771 |
| 7 | Attorneys for Plaintiff, |
|   | JAYME TIPTON |
| 8 | |
| 9 | SEYFARTH SHAW LLP |
|   | Aaron R. Lubeley (SBN 199837) |
|   | alubeley@seyfarth.com |
| 10 | Simon Yang (SBN 260286) |
|   | syang@seyfarth.com |
| 11 | Meagan Sue O'Dell (SBN 280086) |
|   | modell@seyfarth.com |
| 12 | 601 South Figueroa Street, Suite 3300 |
|   | Los Angeles, California 90017-5793 |
| 13 | Telephone:  (213) 270-9600 |
|   | Facsimile:   (213) 270-9601 |
| 14 | |
| 15 | Attorneys for Defendant |
|   | AIRPORT TERMINAL SERVICES, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON, | Case No. 2:18-cv-9503 AB (JEMx) |
| Plaintiff, | *Assigned to Hon. Andre Birotte Jr. and Hon. John E. McDermott]* |
| v. | **JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DEADLINE, TRIAL DATE, AND TRIAL RELATED DEADLINES** |
| AIRPORT TERMINAL SERVICES, INC., and DOES 1 to 100, inclusive, | |
| Defendants. | |
| | Complaint Filed:    October 4, 2018 |
| | SAC Filed:          May 7, 2019 |
| | Current Trial Date: May 19, 2020 |
| | Proposed Trial Date: August 18, 2020 |

# RECITALS

Plaintiff Jayme Tipton ("Plaintiff" or "Tipton") and Defendant Airport Terminal Services, Inc. ("Defendant" or "ATS") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Complaint in this action in the Superior Court of the State of California for the County of Los Angeles, Central District on October 4, 2018, against Defendant;

WHEREAS, on November 8, 2018, Defendant filed a Notice of Removal to the United States District Court Central District of California;

WHEREAS, on November 15, 2018, Defendant filed a Motion to Dismiss Plaintiff's Complaint and Defendants Edgar Trujillo and Melissa Cisneros;

WHEREAS, on November 30, 2018, Plaintiff filed a motion to remand this case back to the Superior Court of the State of California, Central District, and opposed Defendant's Motion to Dismiss;

WHEREAS, on January 14, 2019, the Court issued an Order dismissing individual Defendants Edgar Trujillo and Melissa Cisneros from this lawsuit and denying Plaintiff's Motion to Remand, however, the Court granted Plaintiff leave to amend her complaint;

WHEREAS, on February 4, 2019, Plaintiff filed her First Amended Complaint with the Court;

WHEREAS, on February 19, 2019, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint;

Whereas on March 1, 2019, Plaintiff filed her Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint;

WHEREAS, on April 16, 2019, the Court granted Defendant's Motion to Dismiss Plaintiff's First Amended Complaint in part, however, the Court provided Plaintiff with leave to amend her complaint;

WHEREAS, on May 7, 2019, Plaintiff filed her Second Amended Complaint with the Court;

Whereas, on May 21, 2019, Defendant filed a Motion to Dismiss Plaintiff's Second Amended Complaint;

Whereas, on May 31, 2019, Plaintiff filed her Opposition to Defendant's Motion to Dismiss her Second Amended Complaint;

Whereas, on June 25, 2019, the Court granted in part and denied in part Defendant's Motion to Dismiss. The following causes of action were dismissed without leave to amend: (1) First cause of action for breach of implied-in-fact contract; (2) Second cause of action for negligent hiring, supervision, and retention; (3) Fourth cause of action for intentional infliction of emotional distress; (4) Sixth cause of action for harassment based on disability in violation of FEHA; and (5) Tenth cause of action for failure to prevent discrimination, harassment, and retaliation in violation of FEHA.

WHEREAS, Defendant filed an Answer to the Second Amended Complaint on July 9, 2019, to the remaining causes of action.

WHEREAS, on December 18, 2019, the Court entered a revised Scheduling Order [DOC No. 49] setting the following relevant deadlines:

1. Mediation Completion Deadline of February 28, 2020.
2. Initial Expert Disclosure Deadline of March 5, 2020.
3. Rebuttal Expert Disclosure Deadline of March 12, 2020.
4. Expert Discovery Cut-off of March 31, 2020.
5. Deadline to Hold Pre-Trial Conference of April 1, 2020.

WHEREAS, the following relevant deadlines remained the same per the Court's prior Scheduling Order [DOC No. 32]:

1. Non-Expert Discovery cut-off of January 3, 2020.
2. Deadline to Exchange Jury Instructions of April 3, 2020.
3. Deadline to File First Round of Pretrial Documents of April 10, 2020.

4. Deadline to Exchange Objections to Proposed Jury Instructions of April 10, 2020.

5. Deadline to File Second Round of Pretrial Documents of April 17, 2020.

6. Date of the Pretrial Conference of May 1, 2020.

7. Deadline to File and Serve Trial Brief of May 12, 2020.

8. Deadline to File Amended Witness and Exhibit Lists of May 15, 2020.

9. Date of Jury Trial of May 19, 2020.

WHEREAS, on January 3, 2020, Defendant filed its Motion for Summary Judgment, and scheduled it for hearing on February 7, 2020 [DOC No. 50];

WHEREAS, on January 17, 2020, Plaintiff filed her Opposition to Defendant's Motion for Summary Judgment [DOC No. 55];

WHEREAS, on January 24, 2020, Defendant filed its Reply in support of its Motion for Summary Judgment [DOC No. 57];

WHEREAS, on February 5, 2020, the Court continued the hearing on Defendant's Motion for Summary Judgment from February 7, 2020 to March 13, 2020 [DOC No. 58];

WHEREAS, the Parties are scheduled to mediate with Eve Wagner on February 27, 2020;

WHEREAS, the Parties believe that receipt of this Court's ruling on Defendant's Motion for Summary Judgment is necessary to allow the Parties to mediate in good faith, as it will be instructive to the Parties' negotiations and discussions;

WHEREAS, the Parties believe that they have the best chance of resolving this matter at mediation after receipt of this Court's ruling on Defendant's Motion for Summary Judgment;

WHEREAS, the Parties have rescheduled mediation with Eve Wagner to occur on April 30, 2020;

WHEREAS, the Parties conferred, by and through their counsel, and agreed to a continuance of the mediation completion deadline, trial, and all trial related deadlines in order to permit mediation to take place after the Court issues its ruling on Defendant's Motion for Summary Judgment;

WHEREAS, there have been no previous trial continuances for this matter.

## **STIPULATION**

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their respective undersigned counsel, and subject to the Court's approval, that the following Deadlines be continued:

1. The Mediation Completion Deadline be continued from February 28, 2020 to May 31, 2020.

2. The Initial Expert Disclosure Deadline be continued from March 5, 2020 to June 2, 2020.

3. The Rebuttal Expert Disclosure Deadline be continued from March 12, 2020 to June 16, 2020.

4. The Expert Discovery Cut-off be continued from March 31, 2020 to July 7, 2020.

5. The Deadline to Hold Pre-Trial Conference be continued from April 1, 2020 to July 1, 2020.

6. The Deadline to Exchange Jury Instructions be continued from April 3, 2020 to July 3, 2020.

7. The Deadline to File First Round of Pretrial Documents be continued from April 10, 2020 to July 10, 2020.

8. The Deadline to Exchange Objections to Proposed Jury Instructions be continued from April 10, 2020 to July 10, 2020.

9. The Deadline to File Second Round of Pretrial Documents be continued from April 17, 2020 to July 17, 2020.

10. The Date of the Pretrial Conference be continued from May 1, 2020 to July 31, 2020.

11. The Deadline to File and Serve Trial Brief be continued from May 12, 2020 to August 11, 2020.

12. The Deadline to File Amended Witness and Exhibit Lists be continued from May 15, 2020 to August 14, 2020.

13. The Date of Jury Trial be continued from May 19, 2020 to August 18, 2020.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: February 13, 2020                SHEGERIAN & ASSOCIATES

By: */s/ Aaron Gbewonyo*
Carney Shegerian
Anthony Nguyen
Aaron Gbewonyo
Attorneys for Plaintiff Jayme Tipton

Dated: February 13, 2020                SEYFARTH SHAW LLP

By: */s/ Meagan Sue O'Dell*
Aaron R. Lubeley
Simon Yang
Meagan Sue O'Dell
Attorneys for Defendant Airport Terminal Services, Inc.

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

*/s/ Meagan Sue O'Dell*

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED:_____

_____

Honorable Andre Birotte Jr.
United States District Court Judge

---

JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DEADLINE, TRIAL DATE, AND TRIAL RELATED DEADLINES