UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON,<br><br>    Plaintiff,<br><br>    v.<br><br>AIRPORT TERMINAL SERVICES, INC., DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.  2:18-cv-09503-AB (JEMx)<br><br>*Assigned to Hon. André Birotte Jr.*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DEADLINE, TRIAL DATE, AND TRIAL RELATED DEADLINES**<br><br>[*Filed concurrently with Joint Stipulation to Continue Settlement Conference Deadline, Trial Date, and Trial Related Deadlines (Dkt. No. 59)*] |

After considering the Parties' Joint Stipulation to Continue Settlement Conference Deadline, Trial, and Trial Related Deadlines filed by Plaintiff Jayme Tipton and Defendant Airport Terminal Services, Inc. (Dkt. No. 59):

**IT IS HEREBY ORDERED** that the following Deadlines be continued:

1. The Mediation Completion Deadline be continued from February 28, 2020 to May 31, 2020.
2. The Initial Expert Disclosure Deadline be continued from March 5, 2020 to June 2, 2020.
3. The Rebuttal Expert Disclosure Deadline be continued from March 12, 2020 to June 16, 2020.
4. The Expert Discovery Cut-off be continued from March 31, 2020 to July 7, 2020.
5. The Deadline to Hold Pre-Trial Conference be continued from April 1, 2020 to July 1, 2020.
6. The Deadline to Exchange Jury Instructions be continued from April 3, 2020 to July 3, 2020.
7. The Deadline to File First Round of Pretrial Documents be continued from April 10, 2020 to July 10, 2020.
8. The Deadline to Exchange Objections to Proposed Jury Instructions be continued from April 10, 2020 to July 10, 2020.
9. The Deadline to File Second Round of Pretrial Documents be continued from April 17, 2020 to July 17, 2020.
10. The Date of the Pretrial Conference be continued from May 1, 2020 to July 31, 2020 at 11:00 a.m.
11. The Deadline to File and Serve Trial Brief be continued from May 12, 2020 to August 11, 2020.

12. The Deadline to File Amended Witness and Exhibit Lists be continued from May 15, 2020 to August 14, 2020.

13. The Date of Jury Trial be continued from May 19, 2020 to August 18, 2020 at 8:30 a.m.

**IT IS SO ORDERED.**

DATED: February 18, 2020

Hon. André Birotte Jr.
United States District Judge