SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Simon L. Yang (SBN 260286)
syang@seyfarth.com
Meagan Sue O'Dell (SBN 280086)
modell@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  (213) 270-9600
Facsimile:  (213) 270-9601

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON,<br><br>             Plaintiff,<br><br>    v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No.  2:18-cv-9503 AB (JEMx)<br><br>[*Hon. André Birotte Jr., Ctrm. 7B*].<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT ON ORDER GRANTING DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT [DKT. 62]** |

NOTICE OF LODGING [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT

TO THE COURT, AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Airport Terminal Services, Inc. hereby lodges with the Court a [Proposed] Judgment on Order Granting Defendant Airport Terminal Services, Inc.'s Motion for Summary Judgment.

DATED: April 7, 2020                    SEYFARTH SHAW LLP

By:  */s/ Simon L. Yang*
Aaron R. Lubeley
Simon L. Yang
Meagan Sue O'Dell
Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.