Name  Carney R. Shegerian, Esq. (SBN 150461)

Address  145 S. Spring Street, Suite 400,

City, State, Zip  Los Angeles CA 90012

Phone  (310) 860-0770

Fax  (310) 860- 0771

E-Mail  Cshegerian@Shegerianlaw.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jayme Tipton | **CASE NUMBER:** |
| **PLAINTIFF(S),** | 2:18-cv-09503-AB-JEM |
| v. | |
| Airport Terminal Services, Inc., et al. | **NOTICE OF APPEAL** |
| **DEFENDANT(S).** | |

NOTICE IS HEREBY GIVEN that _____ Jayme Tipton _____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   On Motion for Summary Judgment(3-31-20

☒ Judgment (specify):
   Order Granting Defs' MSJ (3/31/20)

☒ Other (specify):
   [Proposed] Judgment on Order Granting
   Defs' MSJ (4/7/20)

Imposed or Filed on _____ 4/7/20 _____.  Entered on the docket in this action on 4/7/20 _____.

A copy of said judgment or order is attached hereto.

April 24, 2020 _____
Date

/s/ Carney R. Shegerian _____
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:**  The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# EXHIBIT 1

1

2

3

4

5

6

7

8

9

10 UNITED STATES DISTRICT COURT

11 CENTRAL DISTRICT OF CALIFORNIA

12

13 | JAYME TIPTON, | Case No.  2:18-cv-09503-AB (JEMx)

14 | Plaintiff, | *Assigned to Hon. André Birotte Jr.*

15 | v.

16 | AIRPORT TERMINAL SERVICES, INC., | **[PROPOSED] ORDER GRANTING**
DOES 1 through 100, inclusive, | **JOINT STIPULATION TO**

17 | | **CONTINUE SETTLEMENT**
**CONFERENCE DEADLINE, TRIAL**

18 | Defendants. | **DATE, AND TRIAL RELATED**
**DEADLINES**

19

20 | | [*Filed concurrently with Joint
Stipulation to Continue Settlement
Conference Deadline, Trial Date, and*

21 | | *Trial Related Deadlines (Dkt. No. 59)*]

22

23

24

25

26

27

28

1    After considering the Parties' Joint Stipulation to Continue Settlement Conference

2  Deadline, Trial, and Trial Related Deadlines filed by Plaintiff Jayme Tipton and

3  Defendant Airport Terminal Services, Inc. (Dkt. No. 59):

4      **IT IS HEREBY ORDERED** that the following Deadlines be continued:

5        1.  The Mediation Completion Deadline be continued from February 28, 2020

6            to May 31, 2020.

7        2.  The Initial Expert Disclosure Deadline be continued from March 5, 2020 to

8            June 2, 2020.

9        3.  The Rebuttal Expert Disclosure Deadline be continued from March 12, 2020

10           to June 16, 2020.

11       4.  The Expert Discovery Cut-off be continued from March 31, 2020 to July 7,

12           2020.

13       5.  The Deadline to Hold Pre-Trial Conference be continued from April 1, 2020

14           to July 1, 2020.

15       6.  The Deadline to Exchange Jury Instructions be continued from April 3, 2020

16           to July 3, 2020.

17       7.  The Deadline to File First Round of Pretrial Documents be continued from

18           April 10, 2020 to July 10, 2020.

19       8.  The Deadline to Exchange Objections to Proposed Jury Instructions be

20           continued from April 10, 2020 to July 10, 2020.

21       9.  The Deadline to File Second Round of Pretrial Documents be continued

22           from April 17, 2020 to July 17, 2020.

23       10. The Date of the Pretrial Conference be continued from May 1, 2020 to July

24           31, 2020 at 11:00 a.m.

25       11. The Deadline to File and Serve Trial Brief be continued from May 12, 2020

26           to August 11, 2020.

27

28

---

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT
CONFERENCE DEADLINE, TRIAL DATE, AND TRIAL RELATED DEADLINES

1        12. The Deadline to File Amended Witness and Exhibit Lists be continued from

2           May 15, 2020 to August 14, 2020.

3        13. The Date of Jury Trial be continued from May 19, 2020 to August 18, 2020

4           at 8:30 a.m.

6    **IT IS SO ORDERED.**

8    DATED: <u>February 18, 2020</u>

Hon. André Birotte Jr.
United States District Judge

# EXHIBIT 2

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11   JAYME TIPTON,                          Case No.  2:18-cv-9503 AB (JEMx)

12              Plaintiff,                   [*Hon. André Birotte Jr., Ctrm. 7B*].

13        v.                                 **[PROPOSED] JUDGMENT ON
                                             ORDER GRANTING DEFENDANT
14   AIRPORT TERMINAL SERVICES, INC.,        AIRPORT TERMINAL SERVICES,
     and DOES 1 through 100, inclusive,      INC.'S MOTION FOR SUMMARY
15                                           JUDGMENT [DKT. 62]**

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

_____
                                    [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT

1        The Motion for Summary Judgment filed by Defendant, Airport Terminal

2   Services, Inc., pursuant to Rule 56 of the Federal Rules of Civil Procedure, was taken

3   under submission by the Honorable André Birotte Jr., United States District Court Judge.

4        After giving full consideration to the pleadings, papers, and evidence filed in

5   support of and in opposition to the motion, including any objections to evidence, the

6   Court found that Plaintiff, Jayme Tipton, presented no triable issues of material fact and

7   that Defendant was entitled to judgment as a matter of law.

8        **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that:

9        1.  Judgment shall be entered in favor of Defendant, Airport Terminal Services,

10          Inc., and against Plaintiff, Jayme Tipton;

11       2.  Plaintiff shall take nothing by way of her complaint, which shall be dismissed

12          in its entirety, with prejudice; and

13       3.  Defendant shall be awarded its costs as the prevailing party.

14       **JUDGMENT IS HEREBY ENTERED.**

15

16  DATED: _____  _____

17                            THE HONORABLE ANDRÉ BIROTTE JR.
                          UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT

1    Respectfully submitted on April 7, 2020, by:

2    SEYFARTH SHAW LLP

3

     By: */s/ Simon L. Yang*
4            Simon L. Yang
     Attorneys for Defendant
5    AIRPORT TERMINAL SERVICES, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT

**TIPTON v. ATS, et al.**                    **USDC Case No. 2:18-cv-9503 AB (JEMx)**

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 145 S. Spring Street, Suite 400, Los Angeles, California 90012.

On April 24, 2020, I served the foregoing document, described as **"NOTICE OF APPEAL"** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

**Aaron R. Lubeley, Esq.**
**Simon L. Yang, Esq.**
**Meagan Sue O'Dell, Esq.**
SEYFARTH SHAW LLP
**601 South Figueroa Street, Suite 3300**
**Los Angeles, California 90017-5793**

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒     **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 24, 2020, at Los Angeles, California.

Jose Castro