JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-cv-9503 AB (JEMx)<br><br>[*Hon. André Birotte Jr., Ctrm. 7B*].<br><br>**JUDGMENT ON ORDER GRANTING DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT [DKT. 62]** |

JUDGMENT IN FAVOR OF DEFENDANT

The Motion for Summary Judgment filed by Defendant, Airport Terminal Services, Inc., pursuant to Rule 56 of the Federal Rules of Civil Procedure, was taken under submission by the Honorable André Birotte Jr., United States District Court Judge.

After giving full consideration to the pleadings, papers, and evidence filed in support of and in opposition to the motion, including any objections to evidence, the Court found that Plaintiff, Jayme Tipton, presented no triable issues of material fact and that Defendant was entitled to judgment as a matter of law.

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that:

1. Judgment shall be entered in favor of Defendant, Airport Terminal Services, Inc., and against Plaintiff, Jayme Tipton;
2. Plaintiff shall take nothing by way of her complaint, which shall be dismissed in its entirety, with prejudice; and
3. Defendant shall be awarded its costs as the prevailing party.

**JUDGMENT IS HEREBY ENTERED.**

DATED: April 27, 2020

THE HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE