Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, Esq., State Bar No. 259154
ANguyen@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
Bryan Kirsh, Esq., State Bar No. 318238
BKirsh@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
145 S Spring Street, Suite 400
Los Angeles, California 90012
Telephone Number:     (310) 860 0770
Facsimile Number:     (310) 860 0771

Attorneys for Plaintiff,
JAYME TIPTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON,<br><br>  Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC., DOES 1 through 100, Inclusive<br><br>  Defendants. | Case No.: 2:18-cv-09503-AB- JEM<br><br>**The Honorable Andre Birotte, Jr.**<br><br>**DECLARATION OF JAYME TIPTON IN SUPPORT OF SUPPLEMENTAL OBJECTION TO APPLICATION TO TAX COSTS AND PROPOSED BILL OF COSTS**<br><br>Judgment Entered: April 27, 2020<br>Application Filed:  May 7, 2020<br>Action Filed:          October 4. 2018 |

## DECLARATION OF JAYME TIPTON

I, Jayme Tipton, declare as follows:

1. I am over the age of 18 years, and I am the plaintiff in this case. I am familiar with the facts stated in this declaration, and I could and would competently testify to the following facts on the basis of my own personal knowledge.

2. After my termination with defendant, Airport Terminal Services, Inc. ("ATS"), I filed for workers' compensation and remained under the supervision of my medical provider, as I no longer had a job to return to and focused on my health while I continued to apply to alternative positions.

3. In or around October of 2018, I secured employment with ABM working approximately 16 to 20 hours per week and making approximately $16 per hour. My employment with ABM ended in or around August of 2019.

4. In or around October of 2019, I secured employment with Dollar Tree working as a Cashier making approximately $14 per hour. From approximately October of 2019 through approximately March of 2020, it was uncommon for me to work more than 20 hours per week. Since in or around March of 2020, my hours have been reduced to around 9 hours per week.

5. Other than working at Dollar Tree, currently my only other income is unemployment benefits and food stamps. I, along with my husband who is currently on furlough, support our two children and live out of a rented apartment on section 8 housing. My children are six and eleven years old. It is expensive to support two children. We live check by check. We would be financially devastated if forced to pay costs requested by Defendant. It would be a severe financial burden on our family who cannot afford to pay that and it will continue to cause me stress.

///
///
///
///

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed on this 28th day of May, 2020, at Palmdale, California.

*/s/ JAYME TIPTON*

TIPTON v. ATS							USDC Case No. 2:18-cv-09503-AB-JEM

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 145 South Spring Street, Suite 400, Los Angeles, California 90012.

On May 29, 2020, I served the foregoing document, described as **"DECLARATION OF JAYME TIPTON IN SUPPORT OF SUPPLEMENTAL OBJECTION TO APPLICATION TO TAX COSTS AND PROPOSED BILL OF COSTS"** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

**Aaron R. Lubeley, Esq.**
**Simon L. Yang, Esq.**
**Meagan Sue O'Dell, Esq.**
SEYFARTH SHAW LLP
**601 South Figueroa Street, Suite 3300**
**Los Angeles, California 90017-5793**

☒	**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒	**(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 29, 2020, at Los Angeles, California.

*Michael Ordonez*
Michael Ordonez