# UNITED STATES DISTRICT COURT

### Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Jayme Tipton

V.

Airport Terminal Services, Inc., et al.

Case Number: 2:18-cv-09503-AB-JEM

Judgment was entered in this action on __4/27/2020__ / __65__ against  Plaintiff, Jayme Tipton
                                      Date        Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---:|
| Clerk's Fees (L.R. 54 3.1): | $400.00 |
| Fees for Service of Process (L.R. 54 3.2): | $3,441.37 |
| United States Marshal's Fees (L.R. 54 3.3): | $0.00 |
| Transcripts of Court Proceedings (L.R. 54 3.4): | $0.00 |
| Depositions (L.R. 54 3.5):   -$1,388.05 - Per Local Rule videotaped depositions are not allowed. | $7,459.65    $8,8 7.70 |
| Witness Fees   itemize on page 2 (L.R. 54 3.6): | $0.00 |
| Interpreter's Fees (L.R. 54 3.7): | $0.00 |
| Docket Fees (L.R. 54 3.8): | $0.00 |
| Court Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54 3.9): | $0.00 |
| Certification, Exemplification and Reproduction of Documents (L.R. 54 3.10): | $790.95 |
| Premiums on Undertakings and Bonds (L.R. 54 3.11): | $0.00 |
| Other Costs  attach court order (L.R. 54 3.12): | $0.00 |
| State Court Costs (L.R. 54 3.13): | $0.00 |
| Costs on Appeal (L.R. 54 4): | $0.00 |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54 5): | $0.00 |
| **TOTAL** | $12,091.97    $13,480.02 |

**NOTE: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

| DECLARATION |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

[✔] The Court's CM/ECF System

[ ] Conventional service by first class mail

[ ] Other _____

/s/ Simon L. Yang                                                              Simon L. Yang
Signature                                                                        Print Name

Attorney for: Defendant, Airport Terminal Services, Inc.

Costs are taxed in the amount of   $12,091.97

Kiry K. Gray                              By: _Valencia Munroe_          September 10, 2020
Clerk of Court                              Deputy Clerk                            Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

**WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees)**