FILED

NOV 25 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAYME TIPTON, | No. 20-55444 |
| Plaintiff-Appellant, | D.C. No. 2:18-cv-09503-AB-JEM |
| v. | Central District of California, Los Angeles |
| AIRPORT TERMINAL SERVICES, INC, | |
| Defendant-Appellee, | ORDER |
| and | |
| EDGAR TRUJILLO; et al., | |
| Defendants. | |

Pursuant to the parties' stipulated motion (Docket Entry No. 15), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Sasha M. Cummings
Circuit Mediator

SMC/Mediation