Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, Esq., State Bar No. 259154
ANguyen@Shegerianlaw.com
Aaron Gbewonyo, Esq, State Bar No. 315889
AGbewonyo@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
145 S Spring Street, Suite 400
Los Angeles, California 90012
Telephone Number:  (310) 860-0770
Facsimile Number:   (310) 860-0771

Attorneys for Plaintiff,
JAYME TIPTON

SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Meagan Sue O'Dell (SBN 280086)
modell@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYME TIPTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-9503 AB (JEMx)<br><br>*Assigned to Hon. Andre Birotte Jr. and Hon. John E. McDermott]*<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff, Jayme Tipton, by and through her counsel of record, hereby requests dismissal of this matter with prejudice. Defendant, Airport Terminal Services, Inc. ("Defendant" or "ATS"), by and through its counsel of record, hereby stipulate to Plaintiff's request. Each of the undersigned parties agrees that it shall bear its own costs and attorneys' fees associated with this matter.

---

[PROPOSED] JOINT STIPULATION AND ORDER

IT IS SO STIPULATED.

Dated: December 4, 2020      SHEGERIAN & ASSOCIATES, INC.

By: */s/ Carney R. Shegerian*
Carney R. Shegerian, Esq.

Attorneys for Plaintiff,
JAYME TIPTON

Dated: December 4, 2020      SEYFARTH SHAW LLP

By: /s/ Meagan Sue O'Dell
Aaron R. Lubeley
Meagan Sue O'Dell
Attorneys for Defendant Airport Terminal Services, Inc.

**TIPTON v. ATS, et al.**                    **USDC Case No. 2:18-cv-09503-AB- JEM**

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 145 S. Spring Street, Suite 400, Los Angeles, California 90012.

On December 4, 2020, I served the foregoing document, described as **"STIPULATION FOR DISMISSAL WITH PREJUDICE"** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

**Aaron R. Lubeley, Esq.**
**Meagan Sue O'Dell, Esq.**
**SEYFARTH SHAW LLP**
**601 South Figueroa Street, Suite 3300**
**Los Angeles, California 90017-5793**

☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒    **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 4, 2020, at Los Angeles, California.

Jose Castro