# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| JAYME TIPTON, | Case No. 2:18-cv-9503 AB (JEMx) |
|---|---|
| Plaintiff, | *Assigned to Hon. Andre Birotte Jr. and Hon. John E. McDermott]* |
| v. | |
| AIRPORT TERMINAL SERVICES, INC., and DOES 1 to 100, inclusive, | **[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

# [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff, Jayme Tipton, by and through her counsel of record, hereby requests dismissal of this matter with prejudice. Defendant, Airport Terminal Services, Inc. ("Defendant" or "ATS"), by and through its counsel of record, hereby stipulate to Plaintiff's request. Each of the undersigned parties agrees that it shall bear its own costs and attorneys' fees associated with this matter.

IT IS SO ORDERED.

Dated: _____, 2019

                                                                                      _____
                                                                                      The Honorable Andre Birotte, Jr.
                                                                                      United States District Court Judge

**TIPTON v. ATS, et al.**                    **USDC Case No. 2:18-cv-09503-AB- JEM**

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 145 S. Spring Street, Suite 400, Los Angeles, California 90012.

On December 4, 2020, I served the foregoing document, described as **"[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE"** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

**Aaron R. Lubeley, Esq.**
**Meagan Sue O'Dell, Esq.**
**SEYFARTH SHAW LLP**
**601 South Figueroa Street, Suite 3300**
**Los Angeles, California 90017-5793**

☒   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 4, 2020, at Los Angeles, California.

Jose Castro