JS-6

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAYME TIPTON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1 to 100, inclusive,<br><br>　　Defendants. | Case No. 2:18-cv-9503 AB (JEMx)<br><br>*Assigned to Hon. André Birotte Jr. and Hon. John E. McDermott*<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff, Jayme Tipton, by and through her counsel of record, hereby requests dismissal of this matter with prejudice. Defendant, Airport Terminal Services, Inc. ("Defendant" or "ATS"), by and through its counsel of record, hereby stipulate to Plaintiff's request.  Each of the undersigned parties agrees that it shall bear its own costs and attorneys' fees associated with this matter.

　　IT IS SO ORDERED.

Dated:  December 8, 2020

_____
The Honorable André Birotte, Jr.
United States District Court Judge